In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



 NO. 09-09-00141-CR 


NO. 09-09-00142-CR


____________________



QUINTON JACOBY ARLINE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 08-03355 and 08-05306






 MEMORANDUM OPINION


 On March 20, 2009, the trial court sentenced Quinton Jacoby Arline on convictions
for aggravated robbery and assault on a family member. Arline filed a notice of appeal on
March 25, 2009. The trial court entered certifications of the defendant's right to appeal in
which the court certified that these are plea-bargain cases and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certifications to the Court of Appeals. On April 1, 2009, we notified the parties that we
would dismiss the appeals unless the appellant established grounds for continuing the
appeals. Because the records do not contain certifications that show the defendant has the
right of appeal, we must dismiss the appeals. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeals.

 APPEALS DISMISSED. 

 

 HOLLIS HORTON

 Justice

 


Opinion Delivered May 6, 2009 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.